# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WAFB | E 1440908 | Ramos | R2893 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 07/03/2025  1148 | W.S.S  31-5-301(b) |

Place of Offense
Missile Dr.

Offense Description; Factual Basis for Charge          HAZMAT ☐
Speed 33/2015

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| McGrath | Thomas | J |

Street Address

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 02-P-375H | WY | 2023 | Jeep/4x1 | | Red |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.<br>$ 102.00  Forfeiture Amount<br>+ $30 Processing Fee |

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ 132.00  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
2120 Capitol Ave
Cheyenne, WY 82001

Date  08/08/2025
Time  0930

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1440908*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 07/29/2025 10:35